

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

No. 02-20-00034-CR
No. 02-20-00035-CR

MICHAEL RAY KERR, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court Nos. CR19-0626, CR19-0627

## ORDER GRANTING MOTION TO WITHDRAW
## AND FOR A HEARING IN THE TRIAL COURT

We issued our memorandum opinion and judgment affirming appellant Michael

Ray Kerr's conviction on August 26, 2021, and our mandate is due to issue October 20,

2021. On October 13, 2021, Kerr's court-appointed appellate counsel, Tommy C. Wise,

filed a "Motion For Leave To Withdraw." We **GRANT** the motion. We also **ORDER**

the trial court to conduct a hearing with Kerr, an attorney for the State, and the court reporter present. These persons may participate remotely, such as by telephone, videoconference, or other appropriate and reasonable means, unless the trial court determines that it is necessary to have the participants appear in person. At the hearing, the trial court shall:

1. Determine whether appellate counsel should be appointed to represent Kerr and appoint counsel, if necessary;[1]

2. Admonish Kerr in accordance with *Faretta v. California*, 422 U.S. 806, 835, 95 S. Ct. 2525, 2541 (1975), and *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987), if he desires to proceed pro se;

3. Determine whether appellant's decision to proceed pro se is competently and intelligently made; and

4. Take any measures that the trial court deems necessary to insure Kerr does not forfeit his further right to appeal, including informing Kerr and any appointed counsel of any applicable deadlines.

The trial court shall file a supplemental record, showing the actions taken in response to this order, in this court no later than **Friday, October 22, 2021**. The clerk of this court shall send a notice of this order to Kerr, the State's attorney of record, Kerr's former appellate counsel, the trial court judge, the trial court clerk, and the court reporter.

---

[1] If counsel is appointed to represent Kerr, the supplemental record shall reflect that counsel has been notified of the appointment. The trial court shall retain Kerr in the county for a reasonable period of time to allow counsel an opportunity to confer with Kerr.

DATED October 15, 2021.

PER CURIAM